```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 14954
  DEBRA R WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3116


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/11/2008 and was confirmed 09/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG      .00             .00            .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE      .00             .00            .00
ILLINOIS TITLE LOANS     SECURED          1396.00         11.06         168.94
INTERNAL REVENUE SERVICE PRIORITY         8480.87           .00            .00
DIRECTV                  UNSECURED       NOT FILED          .00            .00
PROVIDIAN NATIONAL       UNSECURED         1131.38          .00            .00
CITIBANK USA             UNSECURED       NOT FILED          .00            .00
CITIBANK USA             UNSECURED       NOT FILED          .00            .00
CAPITAL ONE              UNSECURED         2393.89          .00            .00
AMERITECH FACC ILLIOIS   UNSECURED       NOT FILED          .00            .00
SOUTH SHORE RADIOLOGY    UNSECURED       NOT FILED          .00            .00
SOUTH SHORE RADIOLOGY    UNSECURED       NOT FILED          .00            .00
MERCHANTS CREDIT GUIDE C UNSECURED       NOT FILED          .00            .00
EVERGREEN ANESTHESIA     UNSECURED       NOT FILED          .00            .00
EVERGREEN ANESTHESIA     UNSECURED       NOT FILED          .00            .00
AT&T                     UNSECURED       NOT FILED          .00            .00
DIRECTV                  UNSECURED       NOT FILED          .00            .00
SOUTH SHORE HOSPITAL     UNSECURED       NOT FILED          .00            .00
CITI RESIDENTIAL LENDING NOTICE ONLY     NOT FILED          .00            .00
ILLINOIS TITLE LOANS     UNSECURED          411.66          .00            .00
PRA RECEIVABLES MGMT     UNSECURED          170.28          .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,224.00                    2,819.90
TOM VAUGHN               TRUSTEE                                         233.89
DEBTOR REFUND            REFUND                                          264.98

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,498.77

PRIORITY                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 14954 DEBRA R WILLIAMS
```

```
SECURED                                                            168.94
    INTEREST                                                        11.06
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,819.90
TRUSTEE COMPENSATION                                               233.89
DEBTOR REFUND                                                      264.98
                                     ---------------      ---------------
TOTALS                                      3,498.77             3,498.77
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
     Dated: 03/05/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```